IN THE COMMONWEALTH COURT OF PENNSYLVANIA

In Re:  Appeal of Provco Pinegood   :
Sumneytown, LLC From The   :
Decision Dated December 4, 2017   :
of The Board of Commissioners of   :   No. 1554 C.D. 2018
Upper Gwynedd Township   :
  :
Appeal of: Provco Pinegood   :
Sumneytown, LLC   :

## **O R D E R**

    NOW, September 23, 2019, having considered Appellant's application

for reargument, and Appellees' answers in response thereto, the application is

denied.

          _____
          MARY HANNAH LEAVITT,
          President Judge